C. H. Burchenal, for appellant.

J. P. Siddall, for appellee.

---

Dodd v. The State, on the relation of Ryan.

BASTARDY.—Costs.—Where the relatrix in a prosecution for bastardy dismisses the suit by entering of record an admission that provision for the maintenance of the child has been made to her satisfaction, it is error to adjudge costs against the defendant.

APPEAL from the Johnson Common Pleas.

Ray, C. J.—This was a proceeding in bastardy. The relatrix filed a statement, pending the proceeding in the Court of Common Pleas, admitting that provision had been made for the support of the child, and dismissing the suit.

The court rendered judgment for costs against the defendant. This was error. We have no statute authorizing a

judgment against the defendant in such a case, where a dismissal has been filed by the relatrix. Our statute authorizes such a dismissal, but the relatrix must regard the question of costs, in determining whether, in the language of the law, "provision has been made for the maintenance of the child to her satisfaction."

The judgment for costs is reversed, and the cause remanded.

*S. Major,* for appellant.

*B. F. Davis,* for appellee.